| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| WESTERN DISTRICT OF MISSOURI |
| Case number *(if known)* _____  Chapter **11** |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **ALC Engineered Solutions LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **DBA Kluhsman Machine** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **88-3884771** |
| 4. | **Debtor's address** | **Principal place of business** **478 W Dade 142** **Lockwood, MO 65682** Number, Street, City, State & ZIP Code  **Dade** County | **Mailing address, if different from principal place of business** _____ P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business** _____ Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **www.kluhsmanmachine.com** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ |

Debtor **ALC Engineered Solutions LLC** _____    Case number (*if known*) _____
    Name

**7. Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__4238__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

    ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
    ☐ A plan is being filed with this petition.
    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

Debtor    **ALC Engineered Solutions LLC**          Case number (*if known*)
      Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____    Relationship _____
District _____    When _____    Case number, if known _____

**11. Why is the case filed in *this district*?**    *Check all that apply:*
■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)
☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.    Insurance agency _____
      Contact name _____
      Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*
■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**
■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**
☐ $0 - $50,000
■ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 3

Debtor **ALC Engineered Solutions LLC** _____ Case number (*if known*) _____
Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **ALC Engineered Solutions LLC**     Case number (*if known*)
     Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 14, 2025**
                   MM / DD / YYYY

**X**   **/s/ Ryan Wheeler**                               **Ryan Wheeler**
     Signature of authorized representative of debtor          Printed name

Title    **Co-owner/CEO**

**18. Signature of attorney**

**X**   **/s/ Ryan A. Blay**                           Date **March 14, 2025**
     Signature of attorney for debtor                                      MM / DD / YYYY

**Ryan A. Blay KS-001066**
Printed name

**WM Law, PC**
Firm name

**15095 West 116th Street**
**Olathe, KS 66062**
Number, Street, City, State & ZIP Code

Contact phone   **(913) 422-0909**      Email address   **blay@wagonergroup.com**

**KS-001066 MO**
Bar number and State

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Western District of Missouri

In re  **ALC Engineered Solutions LLC**                                                                                            Case No.
                                                                Debtor(s)                                                                   Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept                                             $  **$350 per hour for attorney time; $175 per hour for paralegal time**

   Prior to the filing of this statement I have received                                    $  **$18,262, plus $1738 earmarked for the Chapter 11 filing fee (for a total of $20,000)**

   Balance Due                                                                              $  **$350 per hour for attorney time; $175 per hour for paralegal time**

2. The source of the compensation paid to me was:

   [✓] Debtor          [ ] Other (specify):

3. The source of compensation to be paid to me is:

   [✓] Debtor          [ ] Other (specify):

4. [✓] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   [ ] I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, or adversary proceedings.**

In re    **ALC Engineered Solutions LLC**                                    Case No. _____

                              Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
(Continuation Sheet)

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **March 14, 2025** | **/s/ Ryan A. Blay** |
| *Date* | **Ryan A. Blay KS001066** |
| | *Signature of Attorney* |
| | **WM Law** |
| | **15095 Wesst 116th Street** |
| | **Olathe, KS 66062** |
| | **913-422-0909  Fax: 913-428-8549** |
| | **bankruptcy@wagonergroup.com** |
| | *Name of law firm* |

**Fill in this information to identify the case:**

Debtor name: **ALC Engineered Solutions LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF MISSOURI

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **March 14, 2025**    X **/s/ Ryan Wheeler**
Signature of individual signing on behalf of debtor

**Ryan Wheeler**
Printed name

**Co-owner/CEO**
Position or relationship to debtor

Official Form 202    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Fill in this information to identify the case:

Debtor name: **ALC Engineered Solutions LLC**
United States Bankruptcy Court for the: **WESTERN DISTRICT OF MISSOURI**
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders       12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **American Express** PO Box 981537 El Paso, TX 79998 | | Blue Business Plus Credit Card | | | | $37,242.77 |
| **American Express** PO Box 981537 El Paso, TX 79998 | | Business Green Rewards Card | | | | $741.15 |
| **BayFirst National Bank** Attn: SBA Servicing Dept 700 Central Ave, Ste. 100 Saint Petersburg, FL 33701 | | loan | | | | $146,364.64 |
| **Fund-Ex Solutions, Group LLC** 201 Solar St Syracuse, NY 13204 | | GBSA memorialized by UCC filing # + Deed of Trust on debtor's principals' homestead located at | | $2,445,451.05 | $0.00 | $2,445,451.05 |
| **JPMCB Card** PO Box 15369 Wilmington, DE 19850 | | Ultimate Rewards | | | | $35,466.84 |
| **ODK Capital, LLC, d/ba/ On Deck Capital** 4700 W Daybreak Parkway Ste. 200 South Jordan, UT 84009 | | Business Line of Credit | | | | $94,154.74 |
| **The Missouri Bank** PO Box 105666 Atlanta, GA 30348-5666 | | Mastercard | | | | $26,271.13 |

Official form 204         Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims         page 1

Debtor **ALC Engineered Solutions LLC** Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **US Bank<br>PO Box 108<br>Saint Louis, MO 63166-0108** | | **Business Platinum Card** | | | | $10,569.20 |

# United States Bankruptcy Court
### Western District of Missouri

In re  **ALC Engineered Solutions LLC**　　　　　　　　　　　　　　Case No.
　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　Chapter  **11**

## VERIFICATION OF MAILING MATRIX

The above-named Debtor(s) hereby verifies that the attached list of creditors is true and correct to the best of my knowledge and includes the name and address of my ex-spouse (if any).

Date:  **March 14, 2025**　　　　　　　　**/s/ Ryan Wheeler**
　　　　　　　　　　　　　　　　　　　　**Ryan Wheeler**/**Co-owner/CEO**
　　　　　　　　　　　　　　　　　　　　Signer/Title

Always.bank,
 a division of 22nd State Bank
attn: Ashley Scott
51 St Joseph St.
Mobile AL 36602


American Express
PO Box 981537
El Paso TX 79998


Attorney Katherine McLaughlin
Jenkins & Kling, PC
150 North Meremac Avenue
Ste. 400
Saint Louis MO 63105


BayFirst National Bank
Attn: SBA Servicing Dept
700 Central Ave, Ste. 100
Saint Petersburg FL 33701


Fidem Innovations, LLC
628 Hawthorne Lane
Liberty MO 64068


Fund-Ex Solutions, Group LLC
201 Solar St
Syracuse NY 13204


JPMCB Card
PO Box 15369
Wilmington DE 19850


Laura Wheeler
628 Hawthorne Lane
Liberty MO 64068


ODK Capital, LLC, d/ba/ On Deck Capital
4700 W Daybreak Parkway
Ste. 200
South Jordan UT 84009


Ryan Wheeler
628 Hawthorne Lane
Liberty MO 64068

```
The Missouri Bank
PO Box 105666
Atlanta GA 30348-5666


US Attorney
400 E 9th St, Room 5510
attn:  bankruptcy processing
Kansas City MO 64106


US Bank
PO Box 108
Saint Louis MO 63166-0108


US Small Business Administration
1000 Walnut St, Ste. 500
Kansas City MO 64106-2156
```

# United States Bankruptcy Court
## Western District of Missouri

In re　**ALC Engineered Solutions LLC**　　　　　　　　　　　　　　　Case No.　_____

　　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　Chapter　**11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for　**ALC Engineered Solutions LLC**　in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]


| | |
|---|---|
| **March 14, 2025** | **/s/ Ryan A. Blay** |
| Date | **Ryan A. Blay KS-001066** |
| | Signature of Attorney or Litigant |
| | Counsel for　**ALC Engineered Solutions LLC** |
| | **WM Law, PC** |
| | **15095 West 116th Street** |
| | **Olathe, KS 66062** |
| | **(913) 422-0909 Fax:(913) 428-8549** |
| | **blay@wagonergroup.com** |

MOW 1007-1.2 (05/07)

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| IN RE ) | |
| ) | |
| ) | Case No. |
| **ALC Engineered Solutions LLC** ) | |
| ) | |
| ) | |
| Debtors. ) | |

**DEBTOR'S EVIDENCE OF NO EMPLOYER PAYMENTS**

I, __Ryan Wheeler__ , hereby state and declare under penalty of perjury that (check the box that applies):

☑ I received no payment from any employer for the 60 days prior to filing the petition.

☐ I received no payment from any employer from _____ to _____ prior to the filing of the petition. Payment advices for the remainder of the 60-day period have been provided.

☐ I was self-employed. Net income for 60 days prior to filing the petition, itemized to show how the amount is calculated is (shown below or in the attachment).

/s/ Ryan Wheeler on behalf of Debtor ALC Engineered Solutions LLC
**Ryan Wheeler**
Name of Debtor

Instructions: File as a separate document on the date the voluntary petition is filed.
ECF Event: Bankruptcy>Other>Debtor Evidence of No Employer Payments.